**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eric Dale ROBINSON, a.k.a. Eric**
**Jr., Defendant–Appellant.**

**No. 08–11353**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 24, 2009.

Eric Dale Robinson, Yazoo City, MS, pro se.

Tiffany Hope Eggers, Nancy J. Hess, United States Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before CARNES, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Eric Dale Robinson in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Robinson's conviction and sentence are **AFFIRMED.**